7jgmthhd (7/14)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| *In Re:*  Timothy Ryan Short and Amanda Gayle Short<br>**Debtor** | *Bankruptcy Case No.*<br>14–60430–abf7 |
| **Matt Rogers**<br>**Erica Rogers**<br>      Plaintiff(s) | *Adversary Case No.*<br>14–06022–abf |
| v. | |
| **Timothy Ryan Short**<br>**Amanda Gayle Short**<br>      Defendant(s) | |

## JUDGMENT

   This proceeding having come on for trial or hearing before the court, the Honorable Arthur B. Federman , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

*IT IS ORDERED AND ADJUDGED*: That In Accordance with the Order Directing Judgment In Favor of Debtor–Defendants entered by the court on 12/15/2014 (Doc. #18), JUDGMENT is hereby entered in favor of Debtor–Defendants Timothy Ryan Short and Amanda Gayle Short. Each party to bear its own costs.



Ann Thompson
Court Executive

By: /s/ Sharon Greene
      Deputy Clerk

Date of issuance: 12/15/14

Court to serve